STATE EX REL. MATTS, *v.* FISHER, CLERK AND RE-
CORDER OF DEER LODGE COUNTY.

[Submitted October 21, 1896.    Decided October 22, 1896.]

See *syllabus* and opinion in *State ex rel. Matts* v. *Reek, ante,* page 557.

ORIGINAL PROCEEDING.    Petition for an injunction.    Writ
made permanent.

*T. J. Walsh,* for Relator.

*McConnell & McConnell* and *Henri J. Haskell,* Attorney
General, for Respondent.

PER CURIAM.—The questions of both law and fact involved
in this case, are identical with those determined by this court
in *State ex rel. Matts* v. *W. J. Reek,* and upon the authority
of that case, it is ordered that the writ of injunction issued in
this case be made permanent.